Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
MOUNT, SPELMAN & FINGERMAN, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com

Attorneys for Plaintiff,
SAN FRANCISCO TECHNOLOGY INC.

ANDREW VALENTINE, Bar No. 162094
andrew.valentine@dlapiper.com
ALAN A. LIMBACH, Bar No. 173059
alan.limbach@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
THE EVERCARE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE EVERCARE COMPANY, <br><br> Defendant. | CASE NO.  5:10-cv-01650-RS <br><br> **STIPULATION FOR MOTION BRIEFING AND HEARING SCHEDULE AND [~~PROPOSED~~] ORDER** |

1  Pursuant to the Court's February 3, 2011, Civil Minute Order (D.E. 16), plaintiff San Francisco Technology Inc. ("SF Tech") and defendant The Evercare Company ("Evercare"), hereby submit this Stipulation and [Proposed] Order for motion briefing and a hearing schedule. The Parties stipulate as follows:

1. On February 3, 2011, the Court held a case management conference (CMC) in this case, jointly with other cases in which defendants were severed from *San Francisco Technology Inc. v. Adobe Systems Inc.*, Case No. 5:09-cv-06083-RS (the former defendants in this case are hereinafter referred to as "the defendants").

2. The defendants have indicated that they intend to file motions to dismiss. At the CMC, the Court directed the defendants to meet and confer with SF Tech on a schedule for briefing and hearing the motions to dismiss. The defendants and SF Tech exchanged emails and held a telephone conference call on the morning of February 7, 2011. During that conference call, the defendants and SF Tech agreed to the following schedule:

| **Date** | **Event** |
| --- | --- |
| March 14, 2011 | Deadline for defendant to file motions to dismiss |
| May 5, 2011 | Deadline for SF Tech to file oppositions to motions to dismiss |
| May 12, 2011 | Deadline for defendant to file replies |
| May 26, 2011, 1:30pm | Hearing on motions to dismiss |

3. Based on the Court's statements during the CMC, it is Defendants' position that the Court has stayed all discovery in this case, including initial disclosures, while the motions to dismiss are pending. SF Tech's counsel does not recall the court making that order during the CMC and suggested deferring the issue of a discovery stay until later.

In accordance with General Order 45.X.B., Erik R. Fuehrer, counsel for The Evercare Company, attests that each other signatory listed below has concurred in this filing.

/ / /

/ / /

1 | IT IS SO STIPULATED.

2 | Dated: February 11, 2011         DLA PIPER LLP (US)

By  /s/ Andrew Valentine
ANDREW P. VALENTINE
ALAN LIMBACH
ERIK R. FUEHRER
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax: 650-833-2001

Attorneys for Defendant,
THE EVERCARE COMPANY


Dated: February 11, 2011         MOUNT, SPELMAN & FINGERMAN, P.C.

By  /s/ Daniel Fingerman
KATHRYN G. SPELMAN
DANIEL H. FINGERMAN
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA  95110-2740
Tel:  408-279-7000
Fax:  408-998-1473

Attorneys for Plaintiff
SAN FRANCISCO TECHNOLOGY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  2/10/11                    _____
                                  Honorable Richard Seeborg, U.S. District Judge