*E-Filed 7/13/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Technology, Inc.,                     No. C 10-01650 RS

     Plaintiffs,                     **STANDBY ORDER TO SHOW CAUSE**

  v.

The Evercare Company,

     Defendants.
_____/

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **September 15, 2011**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 22, 2011, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 7/13/11

    RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE